UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Debra K. Zeller,                                    Civil File No. 04-1134 (DWF/JSM)

         Plaintiff,

v.                                         **STIPULATION OF DISMISSAL WITH
                                           PREJUDICE AND ORDER**

Rosemount Inc.,

         Defendant.

It is hereby stipulated and agreed by the parties, through their respective counsel, that they have compromised and settled this dispute, and that this action, including each and every claim asserted herein, shall be dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

Dated: May 14, 2004

                                         DORSEY & WHITNEY LLP

                                         By  S/Doulgas R. Christensen
                                               Douglas R. Christensen #192594
                                               Ilyse Goldsmith #320663
                                         Suite 1500, 50 South Sixth Street
                                         Minneapolis, MN 55402-1498
                                         Telephone:  (612) 340-2600
                                         Attorneys for Defendant Rosemount Inc.

Dated: May 14, 2004

HENSON & EFRON, P.A.

By S/David Bradley Olsen _____
    David Bradley Olsen #197944
    Jane E. Rydholm #0312526
Suite 1800
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 339-2500
Attorneys for Plaintiff Debra K. Zeller

2

4824-4308-9408\1

## **ORDER**

The parties having compromised and settled this dispute, and having entered into the foregoing Stipulation of Dismissal with Prejudice, **IT IS HEREBY ORDERED:**

That this action, including each and every claim alleged herein, is dismissed with prejudice. Each party shall bear its own attorneys' fees, costs, and disbursement. Let judgment be entered accordingly.


Dated: May 17, 2004				s/Donovan W. Frank
						DONOVAN W. FRANK
						Judge of United States District Court